AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

v.

John Gramlich

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-169M

I, __John Gramlich__, charged in a (complaint) (petition) pending in this District with __Receiving, distributing, & possessing, & attempting to do so, child pornography__ in violation of Title __18__, U.S.C., __2252(a)(1)(2) & (5)(B)__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

FILED
SEP - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Defendant_

Sept. 4, 2007
Date

_Counsel for Defendant_