UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 07-122-GMS |
| JOHN PATRICK GRAMLICH, ) | |
| Defendant. ) | |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **9/20/07** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until October 22, 2007. The time between the date of this order and October 22, 2007 shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney



FILED
SEP 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE