IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                                                        ) | |
|            Plaintiff,                           ) | |
|                                                        ) | |
|    v.                                              ) | Criminal No. 07-122 GMS |
|                                                        ) | |
| JOHN GRAMLICH                        ) | |
|                                                        ) | |
|            Defendant.                      ) | |

**ORDER**

At Wilmington this 26th day of October 2007, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that a change of plea hearing is scheduled for **Wednesday, November 7, 2007, at 11:15 a.m.** in courtroom 4A, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this Order and the **November 7, 2007,** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE