IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-122-GMS |
| | : | |
| JOHN GRAMLICH, | : | |
| | : | |
| Defendant. | : | |

**<u>DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING HEARING</u>**

Defendant, John Gramlich, by and through his undersigned counsel, Luis A. Ortiz, Assistant Federal Public Defender, hereby moves this Court for an Order continuing the Sentencing Hearing in this case.

In support of this motion, Mr. Gramlich avers as follows:

1. On or about November 7, 2007, Mr. Gramlich appeared before this Court and plead guilty to count two of the indictment charging him with receipt of child pornography by computer, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1). Sentencing is currently set for March 28, 2008 at 10:00a.m.

2. Mr. Gramlich is requesting a postponement of the Sentencing Hearing because defense witness Timothy Foley, Ph.D., Forensic Psychologist, who specializes in the treatment and assessment of persons charged with sexual and child pornography related offenses, will be away at a conference on the scheduled sentencing date.

3.      Dr. Foley, met with and conducted a psychological examination and testing on Mr. Gramlich. His report has been provided to the United States Probation Department as well as the government. However, because of the complexities involved, Dr. Foley's testimony and assessment of Mr. Gramlich will be germaine to support the defense's efforts at sentencing mitigation.

4.      Neither, Assistant United States Attorney, Edmond Falgowski nor United States Probation Officer, Martin P. Durkin objects to Mr. Gramlich's request for a postponement.

5.      Counsel has discussed the need for this postponement with Mr. Gramlich and he is in full agreement with the request.

6.      Accordingly, the defendant believes that, in the interests of justice, a postponement of the Sentencing Hearing is warranted.

**WHEREFORE,** the Defendant, John Gramlich, respectfully requests that this Court issue an Order postponing the Sentencing Hearing for at least 30 days.

Respectfully submitted,

  /s/
Luis A. Ortiz, Esquire
Assistant Federal Public Defender

Attorney for John Gramlich

One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com

Dated: March 7, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-122-GMS |
| | : | |
| JOHN GRAMLICH, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant's Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that Defendant Gramlich's Sentencing Hearing shall be on the _____ day of _____, 2008, at _____ a.m./p.m.

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court