IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-122-GMS |
| JOHN GRAMLICH, | : |
| Defendant. | : |

## ORDER

Having considered Defendant's Motion For Continuance Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this ___10th___ day of ___March___, 2008, that Defendant Gramlich's Sentencing Hearing shall be on the ___1st___ day of ___May___, 2008, at ___10:00___ a.m./p.m.

Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED
MAR 1 0 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE