IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 07-122 GMS |
| | ) |
| JOHN PATRICK GRAMLICH | ) |
| | ) |
| Defendant. | ) |

**ORDER RESCHEDULING HEARING**

At Wilmington this 9th day of April, 2008, the defendant having entered a plea of guilty to count II of the indictment filed against him;

IT IS ORDERED that:

The sentencing of the defendant is RESCHEDULED to **Thursday, May 1, 2008, at 9:00 a.m., rather than 10:00 a.m.,** before the Honorable Gregory M. Sleet, in courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE