IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-122-GMS |
| | ) | |
| JOHN PATRICK GRAMLICH, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

**NOW COMES** the United States, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and pursuant to the Memorandum of Plea Agreement moves the Court to dismiss Counts 1 and 3 through 27 of the Indictment.

Dated: 5.1.08

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

IT IS SO ORDERED this 6th day of May, 2008.

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court